# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIANCE INDUSTRIES LIMITED and ALLIANCE INDUSTRIES FZC,<br>    v.<br>A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 13-2510-MMB |
| IMPALA PLATINUM HOLDINGS LIMITED, *et al.*<br>    v.<br>A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 13-2930-MMB |
| IMPALA PLATINUM HOLDINGS LIMITED, *et al.*<br>    v.<br>A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 16-1343-MMB |

## O R D E R

**AND NOW** this 3rd day of August, 2016, plaintiffs Impala Platinum Holdings Limited and Impala Refining Services Limited (collectively, "Impala") having filed an Amended Complaint asserting claims against Michael O'Hayer, Esq. (ECF 40 in Civ. No. 16-1343), it is hereby **ORDERED**:

1. Since Mr. O'Hayer is the only new party defendant in any of these cases, Impala shall file a motion for leave to assert its claims against Mr. O'Hayer by August 10, 2016. If granted, Impala's claims against Mr. O'Hayer may be severed and stayed pending trial or settlement of Impala's claims against the remaining defendants.

2. The Court will have a case management conference concerning procedural matters relating to the status and progress of all of these cases on Friday, August 12, 2016

    at 2:00 p.m in Courtroom 3A.

3. If any counsel is unavailable in Philadelphia on August 12, 2016, they may appear via telephone.

4. Any party may file a memorandum limited to five (5) pages double-spaced concerning case management of all of these cases by August 11, 2016, including but not limited to consolidation, Rule 12 motions, counterclaims or crossclaims, etc.

                        BY THE COURT

                        */s/ Michael M. Baylson by Hon. Timothy Savage*

                        _____
                        Hon. Michael M. Baylson
                        United States District Court Judge

O:\CIVIL 16\16-1343 Impala v. A-1\Order re Case Management.docx