IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IMPALA PLATINUM HOLDINGS LIMITED, et al.<br><br>v.<br><br>A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., et al. | CIVIL ACTION<br><br>NO. 16-1343 |
|---|---|

## ORDER

AND NOW this 15th day of December, 2016, upon review of Plaintiffs' Motion to Overrule Defendant Om P. Khosla's Claim of Attorney Client and Joint Defense Privilege and to Compel Production of Documents, and all responses and replies thereto, it is hereby ORDERED that the motion is DENIED for the reasons provided in the foregoing memorandum.

BY THE COURT:

MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 16\16-1343 Impala v. A-1\16cv1343 Order re Om Khosla Privilege Claims.docx