IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMPALA PLATINUM HOLDINGS LIMITED, et al.<br><br>v.<br><br>A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., et al. | CIVIL ACTION<br><br>NO. 16-1343 |

## ORDER

AND NOW this 13th day of January, 2017, for the reasons set forth in the foregoing Memorandum, a privileged communications log shall be prepared by each Defendant as follows:

1. All written, e-mailed or text communications from the client to counsel need be logged. At this time, the Court will not require that any responses by counsel be placed on the log.

2. The time period is six (6) months prior to the Bucks County settlement, six (6) months prior to the settlement of the Alliance case pending in this court, and six (6) months prior to the settlement of the New Jersey case.

3. Because of the volume of the documents that may be subject to this Order, the Court will allow multiple documents on the same day need only be logged as a group of documents on that date without further specificity.

4. Because of the expense burden of this requirement on Defendants, who had a right to communicate with their counsel on the settlements, which were being urged upon the parties by the courts, including the undersigned, the reasonable expenses of creating these logs should be borne by Plaintiffs, who shall reimburse defense counsel for this work.

5. The logs shall be served on other counsel, with a copy delivered to Chambers, with the documents, as soon as practicable, but no later than January 24, 2017. If there are voluminous documents from any one defendant, staggered service and delivery to Chambers is suggested.

6. If a review of the log and the documents *in camera* reveals that any communication by one of the defendants might be relevant as to any of the claims of fraud, or claims under RICO in this case, the Court may grant further relief.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON
United States District Court Judge

O:\CIVIL 16\16-1343 Impala v. A-1\16cv1343 memo re motion to compel crime fraud.docx