IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMPALA PLATINUM HOLDINGS LIMITED, et al.<br><br>v.<br><br>A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., et al. | CIVIL ACTION<br><br>NO. 16-1343 |

## ORDER RE: MOTIONS FOR SUMMARY JUDGMENT

AND NOW, this 3rd day of March, 2017, after extensive briefing and oral argument on February 27, 2017, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendants' Motion for Summary Judgment as to Plaintiffs' claims under the Racketeer Influenced and Corrupt Organization Act ("RICO"), Count VI of the Amended Complaint, are GRANTED and the RICO claims are DISMISSED WITH PREJUDICE.

In addition, the Motions for Summary Judgment of Slogam Limited Partnership (ECF 209) and Suresh K. Khosla (with Leena Khosla as Guardian) (ECF 210) are DENIED.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 16\16-1343 Impala v. A-1\16cv1343 Order re SJ - RICO.docx