IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IMPALA PLATINUM HOLDINGS LIMITED and IMPALA REFINING SERVICES LIMITED,**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES & SUPPLIES, INC., SLOGAM LIMITED PARTNERSHIP, SURESH K. KHOSLA, ASHOK KUMAR KHOSLA, OM P. KHOSLA, LEENA KHOSLA, RAJESH SETH, MICHAEL O'HAYER, and ALLIANCE INDUSTRIES LIMITED** | **CIVIL ACTION**<br><br>**NO. 16-1343** |

## **CIVIL JUDGMENT**

Before the Honorable Michael M. Baylson:

AND NOW, this 23rd day of March, 2017, in accordance with the verdict of the jury,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Plaintiffs and against Defendants, Ashok Kumar Khosla, Leena Khosla, Om P. Khosla, Suresh K. Khosla, and Slogam Limited Partnership in the amount of $16,000,000.00.

BY THE COURT

ATTEST:    /s/ Lori K. Disanti
           _____
           Lori DiSanti
           Deputy Clerk

O:\CIVIL 16\16-1343 Impala v. A-1\16cv1343 Civil Judgment.docx