**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IMPALA PLATINUM HOLDINGS LIMITED and IMPALA REFINING SERVICES LIMITED,<br><br>                                        Plaintiffs,<br><br>                    v.<br><br>A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., *et al.*<br><br>                                        Defendants. | CIVIL ACTION<br><br><br><br>NO. 2:16-cv-01343-MMB |

**MOTION OF ASHOK KUMAR KHOSLA
TO (A) ALTER AND AMEND CIVIL JUDGMENT [D.I. 345] PURSUANT TO FED. R.
CIV. P. 59(E); AND (B) STAY EXECUTION PURSUANT TO FED. R. CIV. P. 62(B)(3)**

Defendant Ashok Kumar Khosla ("Kumar") hereby moves the Court to amend and alter

the Civil Judgment [D.I. 345] entered by the Court on March 23, 2017, pursuant to Federal Rule

of Civil Procedure 59(e), and stay execution pending disposition of this Motion, pursuant to

Federal Rule of Civil Procedure 62(b)(3).  The attached Brief and the exhibits thereto are

incorporated herein as if set forth in full.

Respectfully submitted,

*/s/ Brian M. Schenker*
Andrew J. Soven
Brian M. Schenker
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  215-851-8100

*Attorneys for Defendant
Ashok Kumar Khosla*

DATED:  March 24, 2017