IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IMPALA PLATINUM HOLDINGS LIMITED, et al.**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., et al.** | **CIVIL ACTION**<br><br>NO. 16-1343 |

## ORDER

**AND NOW**, this 18th day of April, 2017, upon receipt and review of Impala's Motion to Strike the Reply Brief of Kumar Ashok (ECF 365), the Court notes, as Impala correctly points out, that the Court's standing practice order limits reply briefs to 15 pages. Kumar has a right to file a reply brief, and in view of the complex nature of this case and the significant amounts of money at stake, the Court will allow Kumar to file a new reply brief of up to 25 pages. Any length in excess must be supported by good cause shown, and specifically note what issues cannot be adequately addressed, at this stage of the case, in 25 pages. Exhibits may be attached, but only if they were admitted into evidence at the trial. Any exceptions must be preceded by an appropriate motion, with supporting precedent.

The substitute reply brief shall be filed within ten (10) days. Impala may then file a sur-reply brief of the same length as the reply brief of Kumar, subject to the same rule regarding exhibits stated above.

The motion to stay execution (ECF 346) is GRANTED. Each party may submit a one page letter to Chambers stating the nature of any security which it believes should be posted as a condition of the stay of execution, within ten (10) days.

Impala's sur-reply brief shall be filed within ten (10) days after Kumar's reply brief.

Oral argument is tentatively scheduled for May 24, 2017 at 10:00 a.m. in Courtroom 3A.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 16\16-1343 Impala v. A-1\16cv1343 Order 04182017.docx