# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IMPALA PLATINUM HOLDINGS LIMITED, et al.**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., et al.** | **CIVIL ACTION**<br><br>**NO. 16-1343** |

## ORDER

**AND NOW**, this 1st day of May, 2017, upon receipt and review of Defendant Om P. Khosla's Joinder in Portions of the Motion of Defendant Ashok Kumar Khosla to Alter and Amend Civil Judgment Pursuant to Fed. R. Civ. P. 59(e) (ECF 348), and having considered the lack of objection of Plaintiffs Impala Platinum Holding Limited and Impala Refining Services Limited ("Impala"), the Court amends the judgment to remove Defendants Om P. Khosla, Suresh K. Khosla, Leena Khosla, and Slogam Limited Partnership from the judgment entered on March 23, 2017 (ECF 345).

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 16\16-1343 Impala v. A-1\16cv1343 Order 05.01.2017.docx