IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IMPALA PLATINUM HOLDINGS LIMITED, et al.  v.  A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., et al. | CIVIL ACTION  NO. 16-1343 |
|---|---|

## ORDER

**AND NOW**, this 1st day of May, 2017, based on communications with counsel, the Court concludes that judgment should be entered in favor of Defendant Alliance Industries Limited ("Alliance") and against Plaintiffs Impala Platinum Holding Limited and Impala Refining Services Limited ("Impala") on all claims Impala made against Alliance in its Amended Complaint (ECF 40).

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 16\16-1343 Impala v. A-1\16cv1343 Order re Alliance.docx