# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IMPALA PLATINUM HOLDINGS LIMITED, et al.** <br><br> v. <br><br> **A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., et al.** | **CIVIL ACTION** <br><br> **NO. 16-1343** |

## ORDER

**AND NOW** this 16th day of May, 2017, based on the foregoing Memorandum re: Stay of Execution, the Court **ORDERS**:

1. Counsel for Impala and Kumar shall promptly discuss the posting of surety by Kumar. If Kumar does not agree to either the security suggested by Impala, or to post other assets, or a supersedeas bond valued at $13 million, the Court is likely to lift the stay of execution, which may entitle Impala to execute on the judgment entered based on the jury's verdict, notwithstanding the pendency of post-trial motions.

2. Counsel shall submit a joint proposed order, or separate orders, no later than May 23, 2017. Further argument may held at the hearing now scheduled for May 24, 2017. The Court intends to rule promptly. In the meantime, neither party shall take any steps that might impact the rights of another party.

**BY THE COURT**:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 16\16-1343 Impala v. A-1\Order on Memo re Stay of Execution.docx