# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IMPALA PLATINUM HOLDINGS LIMITED, et al.**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES AND SUPPLIES, INC., et al.** | **CIVIL ACTION**<br><br>NO. 16-1343 |

## ORDER RE: OM KHOSLA SETTLEMENT

**AND NOW** this <u>19th</u> day of September, 2017, the Court held argument this date on motions concerning the Om Khosla settlement with Impala (ECF 446) filed by Impala and (ECF 512) filed by Om Khosla.

The Court will not decide these motions until at least September 29, 2017, at which time the Court has scheduled a further hearing in this case for 11:00 a.m. in Courtroom 3A. The reason for this delay is an anticipated settlement that will provide sufficient funds for Om Khosla to pay the full amount still due under the settlement. Hopefully, the receipt of those funds will make both of these motions moot. If so, counsel should advise the Court. Otherwise, counsel shall appear with their clients for a further argument and decision by the Court.

**BY THE COURT:**

/s/ Michael M. Baylson
**Michael M. Baylson**
**United States District Court Judge**

O:\CIVIL 16\16-1343 Impala v. A-1\16cv1343 order re Om Khosla Settlement.docx