IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIANCE INDUSTRIES LIMITED and ALLIANCE INDUSTRIES FZC, <br> v. <br> A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 13-2510-MMB <br><br> and |
| IMPALA PLATINUM HOLDINGS LIMITED, et al. <br> v. <br> A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 13-2930-MMB <br><br> consolidated with: |
| IMPALA PLATINUM HOLDINGS LIMITED, et al. <br> v. <br> A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 16-1343-MMB |

**FILED**
JUN 11 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this __11th__ day of __June_____, 2019, upon consideration of the Motion (the "Motion") of the Receiver, Charles N. Persing, for Authority to Make a Third and Final Distribution consistent with the distribution plan previously approved by the court and fee enhancements, and after notice and opportunity to be heard, it appearing that the circumstances warrant the relief sought and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Tax Settlement Agreement referred to in the Motion is APPROVED; and it is further

ORDERED that the Receiver shall distribute funds to professionals and to creditors as set forth in the following schedule (subject to any pro rata adjustments that may be required for the reasons set forth in the Motion):

| | |
|---|---:|
| Bederson LLP | $19,910.37 |
| Gellert ,Scali, Busenkell, &Brown, LLC | $4,613.50 |
| Maguire Hegarty LLC - tax returns, 2018, 2019 | $10,000.00 |
| Shipleys LLP-vat tax return fees (estimated) | $1,633.12 |
| Bank fees (estimated) | $600.00 |
| Bederson Fee enhancement | $180,000.00 |
| Gellert ,Scali, Busenkell, &Brown, LLC Fee enhancement | $20,000.00 |
| Richard N. Best Associates, Inc. | $1.22 |
| Impala Platinum Holdings Limited & Impala Refining Services | $1,471,681.61 |
| Morgan Lewis | $3,022.27 |
| Alliance Industries LTD. | $77,648.58 |
| Michael O' Hayer | $1,415.99 |
| Slogam Enterprises Inc | $107.50 |
| Om P Khosla | $3,547.64 |
| Ashok Khosla | $3,547.64 |
| Leena Khosla on Behalf of Suresh Khosla | $3,547.64 |

No objections having been received, the hearing scheduled for 4/13/19 @ 2pm is CANCELED.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIANCE INDUSTRIES LIMITED and ALLIANCE INDUSTRIES FZC, v. A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 13-2510-MMB and |
| IMPALA PLATINUM HOLDINGS LIMITED, *et al.* v. A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 13-2930-MMB consolidated with: |
| IMPALA PLATINUM HOLDINGS LIMITED, *et al.* v. A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 16-1343-MMB |

# Exhibit "A"

Tax Settlement Agreement

| Description | Receivership | Shareholders | Total | Paid | Unpaid- | Comments |
|---|---|---|---|---|---|---|
| IRS assessment | $14,040.00 | $14,040.00 | $28,080.00 | $28,080.00 | $- | Paid 4/1/2019 |
| Interest Paid | $1,101.52 | $1,101.52 | $2,203.04 | $2,203.04 | $- | Paid 4/1/2019 |
| **Total IRS** | **$15,141.52** | **$15,141.52** | **$30,283.04** | **$30,283.04** | **$-** | |
| | | | | | | |
| Previously billed through August 2018 | $3,761.88 | $3,761.87 | $7,523.75 | $5,000.00 | $2,523.75 | part of final fee application |
| Billed October and paid | $214.50 | $214.50 | $429 00 | $429.00 | $- | |
| Billed December and Paid | $78.00 | $78 00 | $156 00 | $156.00 | $- | |
| Billed January and paid | $19.50 | $19.50 | $39.00 | $39 00 | $- | |
| Billed February to April | $567.00 | $567.00 | $1,134.00 | $1,134.00 | $- | |
| Impala cap of $5,000 on 50% of Bederson fees | $(901.98) | $(485.49) | $(1,387.47) | | $(1,387.47) | part of final fee application |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Tax items unbilled to 4/30/19 | $1,261.10 | $1,261.10 | $2,522.20 | $- | $2,522.20 | part of final fee application |
| **Total fees** | **$5,000.00** | **$5,416.48** | **$10,416.48** | **$6,758.00** | **$3,658.48** |  |
|  |  |  |  |  |  |  |
| Total IRS and Fees | $20,141.52 | $20,558.00 | $40,699.52 | $37,041.04 | $3,658.48 |  |
| Total Paid | $16,483.04 | $20,558.00 | $37,041.04 | $37,041.04 | $- |  |
| **Net due Bederson** | **$3,658.48** | **$-** | **$3,658.48** | **$-** | **$3,658.48** | part of final fee application |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLIANCE INDUSTRIES LIMITED and ALLIANCE INDUSTRIES FZC, <br> v. <br> A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 13-2510-MMB <br><br> and |
| IMPALA PLATINUM HOLDINGS LIMITED, *et al.* <br> v. <br> A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 13-2930-MMB <br><br> consolidated with: |
| IMPALA PLATINUM HOLDINGS LIMITED, *et al.* <br> v. <br> A-1 SPECIALIZED SERVICES & SUPPLIES, INC. | Civil Action No. 16-1343-MMB |

# Exhibit "B"

Funds Available for Distribution to Creditors

| | | | | |
|---|---|---|---|---|
| Current cash 5/1/19 | | | | |
| | checking | | $56,276.53 | |
| | Money Market | | $1,742,635.55 | |
| Current Cash 5/1/19 | | | $1,798,912.08 | |
| | Interest May | | $2,365.00 | |
| | | | | $1,801,277.08 |
| | Remaining payments subject to court approval | | | |
| | | Bederson LLP | $19,910.37 | |
| | | Gellert, Scali, Busenkell, &Brown, LLC | $4,613.50 | |
| | | Maguire Hegarty LLC - tax returns, 2018, 2019 | $10,000.00 | |

| | | | | |
|---|---|---|---|---|
| | | Shipleys LLP-vat tax return fees | $1,633.12 | |
| | | Bank fees | $600.00 | |
| | | Fee enhancement | $200,000.00 | |
| | | | | $236,756.99 |
| | | | | |
| **Estimated distribution 5-30-19** | | | | **$1,564,520.09** |