# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLIANCE INDUSTRIES LIMITED and ALLIANCE INDUSTRIES FZC**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.** | **CIVIL ACTION**<br><br>**NO. 13-2510** |
| **IMPALA PLATINUM HOLDINGS LIMITED, et al.**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.** | **CIVIL ACTION**<br><br>**NO. 13-2930**<br><br>**Consolidated with:** |
| **IMPALA PLATINUM HOLDINGS LIMITED and IMPALA REFINING SERVICES LIMITED,**<br><br>v.<br><br>**A-1 SPECIALIZED SERVICES & SUPPLIES, INC., SLOGAM LIMITED PARTNERSHIP, SURESH K. KHOSLA, ASHOK KUMAR KHOSLA, OM P. KHOSLA, LEENA KHOSLA, RAJESH SETH, MICHAEL O'HAYER, and ALLIANCE INDUSTRIES LIMITED** | **CIVIL ACTION**<br><br>**NO. 16-1343** |

## **ORDER**

**AND NOW** this 19th day of October, 2020, the Court having been advised that all distributions have been made in final settlement of this matter, it is hereby **ORDERED** that the Clerk of Court shall close this case

                                        **BY THE COURT:**

                                        **s/ Michael M. Baylson**

                                        **MICHAEL M. BAYLSON**
                                        **United States District Court Judge**